**Walter R. ORTEGA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–72320.
Agency No. A75–319–536.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 9, 2004.

Decided Aug. 19, 2004.

Frank P. Sprouls, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief

---

Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Arthur L. Rabin, Esq., Terri J. Scadron, Esq., Daniel D. McClain, U.S. Department of Justice, Washington, DC, for Respondent.

Before PREGERSON, KOZINSKI, and HAWKINS, Circuit Judges.

### MEMORANDUM *

Substantial evidence supports the Board of Immigration Appeals' determination that the petitioner did not suffer persecution on account of one of the five statutory grounds. *See* 8 U.S.C. §§ 1101(a)(42)(A), 1158(b)(1). Therefore, the petition must be DENIED. *See Wang v. Ashcroft,* 341 F.3d 1015, 1019–20 (9th Cir.2003).

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

